UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

JAMES G. BRIDGERS,
    Plaintiff,

v.

**JUDGMENT**

No. 7:16-CV-253-FL

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,
    Defendant.

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the defendant's motion to remand.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered January 4, 2017, that defendant's motion to remand is granted and the Commissioner's decision is reversed under sentence four of 42 U.S.C. § 405(g) and § 1383(c)(3). This matter is remanded to the Commissioner for further proceedings.

**This Judgment Filed and Entered on January 4, 2017, and Copies To:**

Charlotte Williams Hall (via CM/ECF Notice of Electronic Filing)
Stephen F. Dmetruk, Jr. (via CM/ECF Notice of Electronic Filing)

January 4, 2017        JULIE RICHARDS JOHNSTON, CLERK
                                    /s/ Christa N. Baker
                                  (By) Christa N. Baker, Deputy Clerk